[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-16284
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 2, 2010
JOHN LEY
CLERK

D.C. Docket No. 06-20581-CR-MGC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCOS JOSE OROZCO-WILCHES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 2, 2010)

Before CARNES, HULL and FAY, Circuit Judges.

PER CURIAM:

Manuel Vazquez, appointed counsel for Marcos Jose Orozco-Wilches in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Orozco-Wilches's conviction and sentence are **AFFIRMED**.